07 DEC 12 PM 4:49

BY:          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. '07 CR 3349 BTM |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| EDUARDO ANSELMO TURCIOS-PORTILLO, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about September 16, 2007, within the Southern District of California, defendant EDUARDO ANSELMO TURCIOS-PORTILLO, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

JJO:fer:San Diego
12/11/07

1  It is further alleged that defendant EDUARDO ANSELMO
2  TURCIOS-PORTILLO was removed from the United States subsequent to
3  August 10, 1999.
4  DATED: December 12, 2007.
5
   A TRUE BILL.
6
7
   _____
   Foreperson
8
9  KAREN P. HEWITT
   United States Attorney
10
11 By: _____
      JOSEPH J.M. ORABONA
12    Assistant U.S. Attorney