FILED

07 DEC 13 AM 9:56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 CR 3349 BTM

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| EDUARDO ANSELMO TURCIOS-PORTILLO, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Eduardo Anselmo Turcios-Portillo</u>, Criminal Case No. 07CR2865-LAB.

DATED: December 12, 2007.

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney